BRENT, BY GUARDIAN, Plaintiff in Error, v. GRACE'S ADMIN-
ISTRATOR, Defendant in Error.

1. Brent v. Grace's Administrator, ante, p. 253, affirmed.

*Error to St. Louis Circuit Court.*

*Buckner*, for plaintiff in error.

*Garesché*, for defendant in error.

EWING, Judge, delivered the opinion of the court.

This case is like that of Jane Brent against Garesché, administrator of Grace, decided at this term. Judgment affirmed.